**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| JAY CONNOR, individually and on behalf of all other similarly situated,<br>　　　　*Plaintiff,*<br><br>v.<br><br>LEAD ELITE LLC and NRT CAROLINAS LLC d/b/a COLDWELL BANKER REALTY,<br>　　　　*Defendants.* | Case No.: 2:26-cv-01288-DCN<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

PLEASE TAKE NOTICE that Peter G. Siachos, Esquire of Gordon Rees Scully Mansukhani, LLC, attorney for Defendant NRT Carolinas LLC d/b/a Coldwell Banker Realty, respectfully moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the following periods due to trial scheduled in Los Angeles, California in *Helgager v. Sloan Valve, et al.*, 21-CV-32906:

- August 10, 2026 to August 26, 2026.

Respectfully submitted,

Date:  July 13, 2026
Charleston, South Carolina

GORDON REES SCULLY MANSUKHANI LLP

*/s/ Peter G. Siachos*
Peter G. Siachos (Fed ID 7591)
677 King Street, Suite 450
Charleston, South Carolina 29403
Telephone: (843) 714-2505
Email: psiachos@grsm.com

*Attorneys for Defendant NRT Carolinas LLC d/b/a Coldwell Banker Realty*