

**HENRY LUCIUS LAFFITTE III**
**Senior Counsel**
llaffitte@grsm.com
Direct (843) 712-7967

677 King Street, Suite 450
Charleston, SC  29403
www.grsm.com

July 23, 2026

**VIA CM/ECF**
The Honorable David C Norton
U.S. District Judge
United States District Court South Carolina
901 Richland Street
Columbia, SC 29201

      Re:    ***Jay Connor v. Lead Elite LLC et al.***
             **Case No: 2:26-cv-1288-DCN**

Your Honor:

This firm represents Defendant NRT Carolinas LLC d/b/a Coldwell Banker Realty ("NRT Carolinas") in the above referenced matter.  We write jointly with Plaintiff Jay Connor's Counsel, David A. Maxfield, to inform the Court that Plaintiff and NRT Carolinas have reached a settlement-in-principle and are wrapping up the details to finalize this case.  We anticipate filing a stipulated dismissal only as to Defendant NRT Carolinas soon and will keep the Court apprised as efforts progress.

We appreciate the Court's patience as we work to resolve this matter.

                  Respectfully,

                  GORDON REES SCULLY MANSUKHANI, LLP

                  */s/ Henry L. Laffitte III*

                  HENRY LUCIUS LAFFITTE III
                  *Attorneys for Defendant NRT Carolinas LLC*
                  *d/b/a Coldwell Banker Realty*

                  DAVE MAXFIELD, ATTORNEY, LLC

                  */s/ David A. Maxfield*

                  DAVID A. MAXFIELD
                  *Attorney for Plaintiff Jay Connor*